**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jordan Michael WALLICK, Petitioner**

No. 575 MAL 2014

Supreme Court of Pennsylvania.

December 30, 2014

### ORDER

PER CURIAM

**AND NOW,** this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania**
**EX REL. Simeon BOZIC,**
**Petitioner**

v.

**SUPERINTENDENT, Robert Gilmore, State Correctional Institution Greene, Pennsylvania Department of Corrections, Respondents**

No. 86 WAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

### ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**